# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE MUNOZ and ESTHER MUNOZ, ) | Case No.: 2:13:cv-02096-JAK(Ex) |
| ) | Assigned to: Hon. John A. Kronstadt |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **JUDGMENT OF DISMISSAL** |
| ) | |
| ONE WEST BANK, FSB, TRUSTEE ) | JS-6 |
| CORPS, FEDERAL HOME LOAN ) | |
| MORTGAGE CORPORATION, ) | |
| DOES 1 Through 10 inclusive. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Having considered the records and file herein regarding Defendants, ONE WEST BANK, FSB and FEDERAL HOME LOAN MORTGAGE CORPORATION'S (collectively "Defendants") Motion to Dismiss Plaintiffs' Complaint was GRANTED and this action is DISMISSED with prejudice.

Date: November 20, 2013

_____
JOHN A. KRONSTADT
The Honorable US District Judge

1
JUDGMENT OF DISMISSAL